UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 20-21809 |
| Timothy V Clark | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Timothy Barnes |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING THE PLAN POST CONFIRMATION

THIS MATTER coming to be heard on the DEBTOR'S MOTION TO MODIFY, the Court having jurisdiction, with due notice having been given,

IT IS HEREBY ORDERED:

1. The Debtor's plan is modified post-confirmation to defer the unpaid tax refund turnover for 2020 of $963 to the end of the plan.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: December 02, 2021

**Prepared by:**

David H. Cutler, esq.
Cutler & Associates, Ltd.
4131 Main Street
Skokie, IL 60076
Phone: (847) 673-8600